UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ORLANDO GLOVER (#525093)                                      CIVIL ACTION

VERSUS

WARDEN JIMMY LEBLANC, ET AL.                                  NO. 16-408-JJB-RLB

RULING

On or about June 21, 2016, the *pro se* plaintiff, a person confined at the Louisiana State Penitentiary ("LSP") Angola, Louisiana, filed a Complaint (R. Doc. 1) alleging a civil rights violation pursuant to 42 U.S.C. § 1983 against Jimmy LeBlanc, Darrel Vannoy, Trish Foster, Laney Foster, Major Hughes, and Justine Eton. The Complaint was not on an approved form, and the plaintiff did not pay the Court's filing fee or submit a pauper motion.

Pursuant to correspondence dated July 14, 2016 (R. Doc. 3), the Court directed the plaintiff to submit his Complaint on an approved form, and to pay the Court's filing fee or file a motion to proceed in *forma pauperis*. The plaintiff thereafter filed a Motion to Amend and stated therein to "see the enclosed forms to cure the deficiencies." While the plaintiff did submit a motion to proceed in *forma pauperis*, no 42 U.S.C. § 1983 Complaint form was attached to his Motion. Accordingly, the plaintiff's Motion to Amend was denied with leave to submit his Complaint on an approved form within 21 days of the date of the Court's Order (R. Doc. 6).

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the plaintiff has failed to respond to the Court's directives. The plaintiff has failed to submit his Complaint on an approved form as ordered by the Court. As such, the plaintiff's action shall be dismissed, without prejudice, for failure to correct the deficiencies of which he was notified. Accordingly,

IT IS ORDERED the above-captioned proceeding be **DISMISSED, WITHOUT PREJUDICE**. Judgment shall be entered accordingly.

**IT IS FURTHER ORDERED** that the plaintiff's Motion to Proceed *in Forma Pauperis* (R. Doc. 5) be and is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 26th day of October, 2016.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA